IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

10018-002

Thomas Andrew Hollis
Full name and prison number
of plaintiff(s)

v.

Nurse Moore
Dr Mendez
Warden Collins
Asst Warden Brantley

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2007 JAN 16  A 11: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

CIVIL ACTION NO. 2:07-CV-47-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Montgomery City Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Montgomery City Jail**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS
1. Nurse Moore - Montgomery City Jail
2. Dr Mendez - Contract Dr, Montgomery City Jail
3. Warden Collins - Montgomery City Jail
4. Asst Warden Brantley - Montgomery City Jail
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **Started on or about Dec 28 2006**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **I'm Being Denied Proper medical care for chronic medical conditions**

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I've been on Androgen Therapy for several years, I've got chronic back pain from injuries that required surgery

**GROUND TWO:** I've shown proper medical records Also, I've been treated here for these conditions

**SUPPORTING FACTS:** Medical Records from (1) Scripps Mercy Hospital Chula Vista, CA (2) Medical Records from Bureau of Prisons FDC Seatac Seattle WA. (3) Medical Records from MCC, San Diego CA. - See Records from Scripps Mercy Hospital

**GROUND THREE:** I'm being told by Nurse Moore that Dr. Mendez won't see me. Also I've filed a inmate Grievance here at the jail

**SUPPORTING FACTS:**
As I've said above, I filed Grievance and many medical request, only to be denied.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

(1) I want medical treatment for my chronic Illnesses, (2) (500.00) Five Hundred Dollars A day for each day I've Been without my medicine, for pain and suffering

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-10-07
                (Date)

_____
Signature of plaintiff(s)

4

Preliminary Report

SCRIPPS MERCY HOSPITAL CHULA VISTA

HISTORY AND PHYSICAL

PATIENT: HOLLIS, THOMAS
MR#: 000700405798          ACCT#: 000100362003
DATE OF ADMISSION: 12/05/2006

PRIMARY CARE PHYSICIAN:
None.

This is an EA patient.

CHIEF COMPLAINT:
Abdominal pain.

HISTORY OF PRESENT ILLNESS:
Mr. Hollis is a pleasant 39-year-old male who is currently in prison. The patient has a history of chronic lower back pain and back surgery. Also history of seizure disorder and hypogonadism. The patient presented to hospital with acute onset of right lower quadrant pain and fever. Eventually, the patient was taken to surgery yesterday for exploratory laparotomy. The patient was found to have acute appendicitis. Currently, the patient is feeling better, but still he refers significant right lower quadrant pain. The patient has a known history of seizure disorder. The patient used to take Dilantin in the past, but he had what appeared to be gum hypertrophy and tooth decay, and eventually medication was discontinued. The patient has hypogonadism, and he is on Depo-testosterone 200 mg IM twice a month. The patient also has chronic lower back pain.

PAST MEDICAL HISTORY:
Seizure disorder, hypogonadism, and chronic lower back pain.

SURGERIES:
Lower back surgery.

CURRENT MEDICATIONS AND DOSES:
He is on:
1. Topamax 100 mg p.o. b.i.d.
2. Klonopin 1 mg p.o. t.i.d.
3. He is on BuSpar at unknown dose.
4. Doxepin.

The last 2 medications were started recently at Promise Hospital in San Diego. The patient, however, is refusing to take these medications at this time. The patient denies any psychiatric disorder.

ALLERGIES:
REGLAN AND PROMETHAZINE, ALSO TO COMPAZINE.

TOXIC HABITS:
Denies any drinking, smoking and just occasional marijuana use.

Preliminary Report

Corp MRN: 700405798  
Old MRN:  

Patient: HOLLIS, Thomas  
Printed: 12/11/2006 09:39  

Page: 02

FAMILY HISTORY:
Reviewed and found noncontributory to the history of present illness.

SOCIAL HISTORY:
The patient is currently under federal custody. The patient is anticipated to be released home in 2 months.

REVIEW OF SYSTEMS:
GENERAL: Currently no fever or chills. Denies any weight loss.
NEUROLOGIC: History of seizure disorder.
PSYCHIATRIC: Denies any psychiatric disorder. The patient, however, was prescribed antidepressants. The patient is refusing to take these medications at this time.
HEENT: No earaches, visual disturbances, or runny nose.
RESPIRATORY: No shortness of breath, cough, or sputum production.
CARDIOVASCULAR: No chest pain or palpitations.
GI: No nausea, vomiting. Abdominal pain is better today following surgery. The patient is currently passing some gas.
MUSCULOSKELETAL: Unremarkable.
SKIN/INTEGUMENT: Unremarkable.

PHYSICAL EXAMINATION:
GENERAL: A muscular-built 39-year-old male, no acute distress at this time.
VITAL SIGNS: At this time as follows, T-max 97.3, heart rate 99, blood pressure 104/76, O2 saturation 97% on room air.
NEUROLOGIC: Unremarkable at this time. The patient has no focality.
HEENT: Head is atraumatic, normocephalic. Pupils are equal, round and reactive to light bilaterally. Extraocular movements are intact. Ears, nose, and throat are unremarkable.
NECK: Supple. No JVD, no lymph nodes, no carotid bruits or goiter.
LUNGS: Clear to auscultation bilaterally.
CARDIOVASCULAR: Regular rhythm and rate, S1, S2 are normal. No S3, no S4, no gallops, rubs, murmurs.
ABDOMEN: Soft, benign, postop. Positive bowel sounds at this time.
EXTREMITIES: Good range of motion, no leg edema, skin is intact.

LAB:
WBC 13.0, hemoglobin 14.2, platelet count 155. Coags are normal. Chemistry today shows a mild elevation of creatinine at 1.4, otherwise BUN is 11. LFTs show mild elevation of ALT at 82, AST is normal.

ASSESSMENT:
1. Acute appendicitis, status post exploratory laparotomy.
2. Mild azotemia.
3. History of seizure disorder.

Preliminary Report

Corp MRN: 700405798
Old MRN:

Page: 03

Patient: HOLLIS, Thomas .
Printed: 12/11/2006 09:39

4. History of chronic lower back pain.
5. Hypogonadism.
6. Abnormal liver function tests, rule out hepatitis versus fatty liver.

PLAN:
The patient to remain on IV fluids and IV antibiotics. We will repeat BMP in the morning to monitor his renal function. Did request hepatitis profile in patient. Will resume his outpatient medications.


DICTATED BY: FRANCISCO MARTINEZ, MD


FM:Spheris12336 C: 12/07/06 07:43
D: 12/06/06 21:36 T: 12/07/06 07:43 DOCUMENT: 200612071563916400



Form: TRXLBLC