**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   c/o Dr. Mendez
   Montgomery City Jail
   P O Drawer 159
   Montgomery, AL 36101

   2:07CV47-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cadet Thomas Bailey
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cnp è Cp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7005 1160 0001 2962 0440
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   c/o Warden Collins
   Montgomery City Jail
   P O Drawer 159
   Montgomery, AL 36101

   2:07CV47-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cadet Tho B
☐ Agent
☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cnp è Cp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7005 1160 0001 2962 0433
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   c/o Warden Brantley
   Montgomery City Jail
   P O Drawer 159
   Montgomery, AL 36101

   2:07CV47

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cadet Thomas Bailey
☐ Agent
☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cnp è Cp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7005 1160 0001 2962 0426
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cadet Toms Bailey_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>c/o Nurse Moore<br>Montgomery City Jail<br>P O Drawer 159<br>Montgomery, AL 36101<br><br>2:07cv-47-WKW | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>cnp E 6P<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 2962 0457 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |