Dear Clerk / Judge Coody

I'm writing free in Regards to Case Number 2.07 CV-4 WKW

2007 FEB -5 A 10: 07
DEDRA P. HA
U.S. DISTRI
MIDDLE DIST

Thomas Andrew Hollis
    Plantiff

    v

Nurse Moore, et Al
Defendants,

Civil Action No
    2:07 CV-47-WKW

I got an order from the court and I just don't know or understand what to do. I was found with a diminished mental capacity in Judge Myron H Thompson's court in April or May of 2004. The Jail has said they will treat me so if it suits the court I'll dismiss the case.

Thomas Hollis
10018-002