IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS ANDREW HOLLIS, § § § § § § § § § | |
| Plaintiff, | |
| vs. | CASE NO.: 2:07-cv-47-WKW [WO] |
| NURSE MOORE, ET AL., | |
| Defendants. | |

## NOTICE OF APPEARANCE

COME NOW Thomas H. Keene and R. Brett Garrett and the law firm of Rushton, Stakely, Johnston & Garrett, P.A., and note their appearance on behalf of Defendant Marcial J. Mendez, M.D., in the above-styled action. The undersigned counsel request that they be copied on all pleadings and filings in the above action.

Respectfully submitted this the 21st day of **February, 2007.**

*s/ Thomas H. Keene (KEE003)*
*s/ R. Brett Garrett (GAR085)*
Attorneys for Defendant Marcial J. Mendez, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on I have served the foregoing Answer by placing a copy of the same in the United States Mail, postage prepaid, this the 21st day of **February, 2007**:

Thomas Andrew Hollis (AIS # 10018-002)
Montgomery City Jail
320 N. Ripley Street
Montgomery, AL 36104

*s/ R. Brett Garrett*
OF COUNSEL