IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS ANDREW HOLLIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-CV-47-WKW |
| | ) |
| NURSE MOORE, et al., | ) |
| | ) |
|    Defendant. | ) |

## ANSWER

**COME NOW** the Defendants, Dr. M. J. Mendez, Nurse L. Moore, Warden W. Collins, and Assistant Warden M. Brantley, through undersigned counsel and, in accordance with this Court's Order of January 22, 2007, submit the following Answer to Plaintiff's Complaint

### GROUND ONE

1. Defendants deny all allegations in Ground One of Plaintiff's Complaint and demand strict proof thereof.

### GROUND TWO

2. Defendants deny all allegations in Ground Two of Plaintiff's Complaint and demand strict proof thereof.

### GROUND THREE

3. Defendants deny all allegations in Ground Three of Plaintiff's Complaint and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants aver that the Complaint fails to state any cause of action upon which relief can be granted and deny that Plaintiff is entitled to any relief.

### SECOND AFFIRMATIVE DEFENSE

Defendants plead the general issue.

### THIRD AFFIRMATIVE DEFENSE

Defendants aver that Plaintiff was provided proper medical treatment and standard of care.

### FOURTH AFFIRMATIVE DEFENSE

Defendants plead insufficiency of service of process.

### FIFTH AFFIRMATIVE DEFENSE

Defendants plead qualified immunity.

### SIXTH AFFIRMATIVE DEFENSE

Defendants please discretionary function immunity.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants plead that the claims made by Plaintiff are completely without merit and should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) (2) (B) (i).

### RESERVATION OF DEFENSES

The Defendants reserve the right to plead additional defenses as they become known in the course of discovery.

Respectfully submitted this the 2nd day of March, 2007.

/s/Wallace D. Mills
Wallace D. Mills,
Assistant City Attorney

**OF COUNSEL:**
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, AL 36104
334.241.2050
FAX 334.241.2310

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing Answer to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this 2nd day of March, 2007:

Thomas Hollis, D5
Autauga Metro Jail
136 N. Court Street
Prattville, Alabama  36067

/s/ Wallace D. Mills
Of Counsel