IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS ANDREW HOLLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:07-CV-47-WKW |
| v. | ) |
| | ) |
| NURSE MOORE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 2, 2007, the Magistrate Judge filed a Recommendation (Doc. # 7) that the Plaintiff's claims against Nurse Moore and various other defendants be dismissed. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 30th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE